## [STATE v. SUSANNAH HILTON.]

Court of Quarter Sessions.  Sussex.  November, 1802.

*Rodney's Notes.*

Keturah Combs.  Susannah Hilton beat and abused me and beat me, etc.

Robert Maxwel.  I heard K. Combs crying murder, went over, saw her and Susannah H. was going away.  Said she had beat her and would again.

Fined $2.

## STATE v. NEHEMIAH RYLEY.

Court of Quarter Sessions.  Sussex.  November 16, 1802.

*Rodney's Notes.*

*Mr. Cooper* for defendant.  We shall be able to justify the assault and battery, [one] having been first committed on us.

Joseph Wyatt.  Ryley said he should take Oday's cow etc. Asked me to go.  I went.  He told Oday he should take the cow and barrow.  Oday at first agreed, but at last refused.  Got to quarrelling, began to scuffle.  Dan spit on him and then struck him twice.  Ryley pushed him in the fire.

Cross-examined.  They were not angry at first.

248

*Mr. Broom* for the State.   Ryley was in fault for going to the house and taking the brandy.

*Mr. Cooper* for defendant.

*Mr. Wilson* for defendant.

*Mr. Broom* in conclusion.

Verdict, not guilty.

## STATE v. NEGRO ANTHONY, the Slave of Nancy Young.

Court of Quarter Sessions.   Sussex.   November 19, 1802.

*Rodney's Notes.*

